AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-03381 | 1/2/2019  12:30 pm | N/A |

Inventory made in the presence of:
DEA Special Agent Frank Marino

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

On January 2, 2019 DEA Special Agent Frank Marino downloaded Data from the Subject device.

Samsung Galaxy J3 Prime, Model Number SM-J327TI, Serial Number RV8K1OVWYZF

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/4/2019

Executing officer's signature

Frank MARINO, Special Agent
Printed name and title